**Ignacio DIAZ–PEREZ, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 10–70644

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2013 * San Francisco, California

Filed October 03, 2016

Christopher John Stender, Federal Immigration Counselors, Phoenix, AZ.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Chief Counsel ICE, San Francisco, CA, OIL, Edward Earl Wiggers, Washington, DC.

Before: CLIFTON and BEA, Circuit Judges, and KORMAN,** Senior District Judge.

### ORDER ***

Respondent's unopposed motion to vacate this Court's June 3, 2013 disposition and remand the petition to the Board of Immigration Appeals (the "Board") is granted. Petitioner's motion to vacate and remand is likewise granted. Petitioner's removal is stayed pending the Board' decision on remand.

Petitioner may file a motion to reinstate this petition within 30 days of the Board' decision. The parties have agreed to bear their own costs and fees.

Petitioner's motion for panel rehearing is denied as moot.

This order shall act as and for the mandate of the court.

** The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.